## Andre MILLER, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 47864.

Missouri Court of Appeals, Western District.

March 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

## *ORDER*

*PER CURIAM.*

Andre Miller appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Miller was convicted of murder in the second degree, in violation of § 565.021, RSMo 1986 and armed criminal action, in violation of § 571.015, RSMo 1986. The trial court sentenced Miller to serve terms of life imprisonment and three years, respectively.

Judgment is affirmed.